IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.
05 MAY 27 PM 2:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Criminal No. 04-20304 Ml
)
Marshall Henderson )  (30-Day Continuance)
)
)
Defendant(s). )

---

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

---

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, June 24, 2005, with trial to take place on the July, 2005 rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-31-05

(79)

SO ORDERED this 27th day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____ for Scott Hall

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CR-20304 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT