IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-20304Ml |
| | ) | |
| MARSHALL HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING GOVERNMENT'S MOTION TO REVOKE BOND

On July 7, 2005, the defendant, Marshall Henderson, appeared in court for an initial appearance on a charge of violation of the terms and conditions of his pretrial release. The government requested his bond be revoked. The defendant was advised of his right to have a bond revocation hearing.

On July 12, 2005, a bond revocation hearing was held. For the reasons stated at the hearing, the petition to revoke bond is denied.

IT IS SO ORDERED this 12th day of July, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 32(b) FRCrP on 7-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CR-20304 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT